# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

GAMADIEL TORRES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-0406

_____

April 19, 2024

Appeal from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

Deana K. Marshall of Law Office of Deana K. Marshall, PA, Riverview, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Sonia C. Lawson, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

   Affirmed.

NORTHCUTT, BLACK, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.